DR. R.C. SAMANTA ROY INSTITUTE OF SCIENCE AND TECHNOLOGY, a Wisconsin non-stock corporation; Midwest Oil of Minnesota, LLC, Appellants,

v.

The STAR TRIBUNE COMPANY, f/k/a Cowles Media Company, d/b/a Star Tribune, Appellee.

No. 05–3335.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2006.

Filed: Oct. 23, 2006.

Shushanie E. Aschemann, Stich & Angell, Minneapolis, MN, Rebekah M. Brown, Westview Law Center, P.A., Hastings, MN, for Appellants.

John Philip Borger, Eric Jorstad, Faegre & Benson, Minneapolis, MN, for Appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

The Dr. R.C. Samanta Roy Institute of Science and Technology and Midwest Oil of Minnesota, LLC appeal the district court's [1] dismissal of their 42 U.S.C. § 1981 action. We agree with the district court that plaintiffs did not state a section 1981 claim, based on the reasoning of *Phelps v. Wichita Eagle–Beacon,* 886 F.2d 1262, 1267 (10th Cir.1989), and thus we affirm. *See* 8th Cir. R. 47B. We deny appellee's motion for summary dismissal of the appeal.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.